IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBER MELVIN | : |
| Petitioner | : |
| | : Case No. 1:01-cr-00082 |
| v. | : Civil No. 1:05-cv-00755 |
| UNITED STATES OF AMERICA | : District Judge S. Arthur Spiegel |
| Respondent | : |

**O R D E R**

This matter is before the Court pursuant to Petitioner's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

It is ORDERED that the Clerk serve a copy of this order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the Rules Governing Section 2255 Proceedings within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

s/S. Arthur Spiegel
———————————————
S. Arthur Spiegel
United States Senior District Judge