

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FILED
KENNETH J. MURPHY
CLERK
01 NOV 28 PM 2:13
DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. _____ |
| | : | CR-1-01-82 |
| | : | |
| vs. | : | **I N D I C T M E N T** |
| | : | |
| | : | **21 U.S.C. § 841(a)(1)** |
| ROGER F. MELVIN | : | **21 U.S.C. § 841(b)(1)(B)(iii)** |
| | : | |
| | | Spiegel, J. |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about November 16, 2000, in the Southern District of Ohio, the defendant,

**ROGER F. MELVIN,** did knowingly and intentionally, unlawfully distribute a Schedule II

Controlled Substance to wit:  cocaine base (crack cocaine) in an amount in excess of

five (5) grams.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii).**

### COUNT 2

On or about November 22, 2000, in the Southern District of Ohio, the defendant,

**ROGER F. MELVIN,** did knowingly and intentionally, unlawfully distribute a Schedule II

Controlled Substance, to wit:  cocaine base (crack cocaine) in an amount in excess of

five (5) grams.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).**

**EXHIBIT**
1

## COUNT 3

On or about December 13, 2000, in the Southern District of Ohio, the defendant,

**ROGER F. MELVIN,** did knowingly and intentionally, unlawfully distribute a Schedule II

Controlled Substance, to wit:  cocaine base (crack cocaine) in an amount in excess of

five (5) grams.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).**

**A TRUE BILL.**

**GRAND JURY FOREPERSON**

**GREGORY G. LOCKHART**
**United States Attorney**

**RALPH W. KOHNEN**
**Deputy Criminal Chief**