**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:01-CR-82
Doc. 32  6/15/06

Sent To: ROGER MELVEN 03486-061
Street, Apt. No.; or PO Box No.: FCI, P.O. BOX 33
City, State, ZIP+4: TERRE HAUTE, IN 47808

PS Form 3800, April 2002    See Reverse for Instructions

7002 0860 0000 3404 0494