IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.              : CRIMINAL NO: CR-1-01-082
                    : JUDGE SPIEGEL

**ROGER F. MELVIN,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

      Respectfully submitted,

      GREGORY G. LOCKHART
      United States Attorney

      s/Deborah F. Sanders
      DEBORAH F. SANDERS (0043575)
      Assistant United States Attorney
      Southern District of Ohio
      303 Marconi Boulevard, Suite 200
      Columbus, Ohio 43215-2401
      (614) 469-5715

## **CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Roger F. Melvin (BOP# 03486-061), FCI Williamsburg, Salters, SC 29590 by first class mail, postage prepaid, this 1st day of February, 2008.

                                          s/Deborah F. Sanders
                                          DEBORAH F. SANDERS (0043575)
                                          Assistant United States Attorney